Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       rperkins@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN HUGHES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO NA, a Corporation; US BANK, a Corporation; and DOES I through X inclusive,,<br><br>Defendants. | Case No. 2:17-cv-02824<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

## STIPULATION

This Stipulation and entered into by and between Defendant Wells Fargo Bank, N.A. (erroneously named as Wells Fargo NA) ("Wells Fargo"), and Plaintiff Susan Hughes ("Plaintiff") (collectively, the "Parties") based on the following:

WHEREAS, Plaintiff filed the Complaint on July 18, 2017 in Clark County District Court, Case No. A-17-758509-C;

WHEREAS, Plaintiff served the Complaint on Wells Fargo on October 9, 2017;

WHEREAS, Wells Fargo filed a Petition for Removal to this Court on November 8, 2017;

WHEREAS, based on the date of filing the Petition for Removal, Wells Fargo's deadline to respond to the Complaint was November 15, 2017;

4815-1042-4151

WHEREAS, the Parties stipulated to an extension for Wells Fargo to respond to the Complaint to allow Wells Fargo and its counsel additional time to evaluate and respond to the allegations set forth in the Complaint;

WHEREAS, on November 16, 2017, the Court entered an order allowing Wells Fargo until December 19, 2017 to file its response to the Complaint;

WHEREAS, Plaintiff has no objection to extending Wells Fargo's time to respond to the Complaint a second time; and

WHEREAS, this is the second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party; rather, this extension is requested to allow the Parties to explore possible resolution of this matter without the need for further litigation.

NOW, THEREFORE, subject to Court approval, the Parties agree as follows:

1. That Wells Fargo shall have until **January 31, 2018** to file its response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 5th day of December, 2017.

SNELL & WILMER L.L.P.

*/s/ Jennifer L. McBee*
Amy F. Sorenson (NV Bar No. 12495)
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED this 5th day of December, 2017.

LAW OFFICE OF MICHAEL J. HARKER

*/s/ Michael J. Harker*
Michael J. Harker (NV Bar No. 5353)
2901 El Camino Avenue #200
Las Vegas, NV 89102
Phone: (702) 248-3000
Fax: (702) 425-7290

*Attorneys for Plaintiff Susan Hughes*

/ / /

/ / /

/ / /

/ / /

- 2 -

4815-1042-4151

**ORDER**

**IT IS HEREBY ORDERED:**

1. That the foregoing Stipulation by and between the Parties is approved; and

2. That the deadline for Defendant Wells Fargo Bank, N.A. to file an answer or otherwise respond to Plaintiff's Complaint shall be **January 31, 2018**.

**IT IS SO ORDERED**.

Dated: December 6, 2017

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: */s/ Jennifer L. McBee*
    Amy F. Sorenson (NV Bar No. 12495)
    Robin E. Perkins (NV Bar No. 9891)
    Jennifer L. McBee (NV Bar No. 9110)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    *Attorneys for Wells Fargo Bank, N.A.*

4815-1042-4151

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT (Second Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have mailed the foregoing document by First-Class Mail, postage fully prepaid, to the following:

Michael J. Harker, Esq.
2901 El Camino Avenue #200
Las Vegas, NV 89102
*Attorney for Plaintiff*

DATED this 5th day of December 2017.

/s/ Jill Math
An Employee of Snell & Wilmer L.L.P.

4815-1042-4151